# DEBEVOISE & PLIMPTON LLP

AUG 24 2010

919 Third Avenue
New York, NY 10022
Tel   212 909 6000
Fax  212 909 6836
www.debevoise.com

**MEMO ENDORSED**

August 24, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/10

BY FACSIMILE

Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007
Fax: (212) 805-4258

**Poquee v. Soto, et al., 10 Civ. 0265 (BSJ) (DCF)**

Dear Judge Freeman:

I write on behalf of Plaintiff Christopher Poquee in the above-captioned matter. As discussed with the Court at this morning's status conference, Plaintiff respectfully requests that the deadline for motions to amend the pleadings or join additional parties be extended to October 15, 2010. Defendants have consented to this request.

Respectfully submitted,

Michael J. Beam

cc:   Julinda Dawkins, Esq.
      Assistant Attorney General
      State of New York
      Office of the Attorney General
      120 Broadway
      New York, NY 10271-0332
      (by fax: 212-416-6075)
      *Counsel for Defendants*

SO ORDERED:   DATE: 8/25/10

**DEBRA FREEMAN**
UNITED STATES MAGISTRATE JUDGE

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai