USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/10

OCT 19 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHRISTOPHER POQUEE,

                Plaintiff,

-against-

SAMUL SOTO, JR.; THOMAS RAPOSA; SIMON B. CROOM, JR.; and D. LARSEN,

                Defendants.
------------------------------------------------------------X

10 Civ. 0265 (BSJ)(DCF)

**ORDER GRANTING LEAVE FOR THE TAKING OF THE DEPOSITIONS OF <u>INCARCERATED PLAINTIFF</u>**

Upon the ~~annexed~~ declaration of Julinda Dawkins, executed on October 15, 2010, it is hereby:

**ORDERED**, that pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), and upon notice given by defendants to plaintiff, defendants may take the deposition of plaintiff CHRISTOPHER POQUEE, DIN # 07-A-1851, at a New York State correctional facility.

Dated: New York, New York
        October 20, 2010

                                            DEBRA FREEMAN
                                            United States District Court Judge