# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

November 15, 2010

BY FACSIMILE

Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007
Fax: (212) 805-4258



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/10

MEMO ENDORSED

### Poquee v. Soto, et al., 10 Civ. 0265 (BSJ) (DCF)

Dear Judge Freeman:

    I write on behalf of all parties to respectfully request that (1) the fact discovery deadline in the above-captioned matter be extended from December 3, 2010 to January 14, 2011 and (2) the remainder of the pre-trial schedule be modified as set forth below. Although the parties have made significant progress in discovery to date, we believe that this extension is necessary for the parties to be able to complete fact discovery. This is the parties' first request for an extension.

    The parties respectfully propose the following modifications to the Court's June 25, 2010 scheduling order:

1. Fact discovery cut-off date:       January 14, 2011.

2. Initial expert disclosures:        January 28, 2011.

3. Rebuttal expert disclosures:       February 25, 2011.

4. Expert discovery cut-off date:     March 18, 2011.

    Should the Court agree to this request, the parties further request that the

Honorable Debra Freeman      2      November 15, 2010

scheduled November 23, 2010 telephonic conference with the Court be adjourned to a date in January 2011.

Respectfully submitted,

*[signature]*

Michael J. Beam

cc: Julinda Dawkins, Esq.
    Assistant Attorney General
    State of New York
    Office of the Attorney General
    120 Broadway
    New York, NY 10271-0332
    (by fax: 212-416-6075)
    *Counsel for Defendants*

> The within proposed schedule is adopted. The case management conference currently scheduled for Nov. 23 is adjourned to January 19, 2011, at 11:00 am. Counsel are directed to initiate a telephone conference with chambers at that time.

SO ORDERED:    DATE: 11/17/10

*[signature]*

**DEBRA FREEMAN**
UNITED STATES MAGISTRATE JUDGE