DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

**RECEIVED**
MAY 27 2011
CHAMBERS OF
DEBRA FREEMAN
U.S.M.J.

May 27, 2011



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/2011

BY FACSIMILE

Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007
Fax: (212) 805-4258

Poquee v. Soto, et al., 10 Civ. 0265 (BSJ) (DCF)

Dear Judge Freeman:

I write on behalf of Plaintiff Christopher Poquee in the above-captioned matter. I write, with Defendants' consent, to respectfully request that the expert discovery deadline be extended from May 31, 2011 until June 30, 2011.

An extension of time is necessary because the parties have been unable to find mutually convenient times to conduct expert depositions prior to the current expert discovery deadline, due to our respective experts' busy schedules. The parties have previously submitted three requests for an extension of the discovery schedule.

The parties respectfully propose the following modification to the Court's February 28, 2011 scheduling order:

1.    Expert discovery cut-off date:     June 30, 2011

Should the Court agree to the requested extension, the parties further request that the status conference currently scheduled for June 3, 2011 be adjourned to a date that is convenient for the Court in July 2011.

Respectfully submitted,

*Michael J. Beam*

Michael J. Beam

*The requested extension is granted. The June 3, 2011 conference is adjourned to July 11, 2011, at 10:00am*

**SO ORDERED:   DATE:** 5/31/11

*Debra Freeman*

**DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE**

cc:  Julinda Dawkins, Esq., Assistant Attorney General, State of New York

New York • Washington, D.C. • London • Paris • Frankfurt